No. D–1408. IN RE DISBARMENT OF LESLIE. It is ordered that Brian Hal Leslie, of Miami, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1409. IN RE DISBARMENT OF BELLER. It is ordered that Louis R. Beller, of Miami Beach, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. S–3. IN RE DISBARMENT OF POWELL. Disbarment entered. [For earlier order herein, see No. 882, Misc., 389 U. S. 924.]

No. 65, Orig. TEXAS v. NEW MEXICO. Motion of the River Master for approval of fees and expenses granted, and the River Master is awarded $836 for the period January 1 through March 31, 1994, to be paid equally by the parties. [For earlier order herein, see, e. g., 510 U. S. 1106.]

No. 111, Orig. DELAWARE ET AL. v. NEW YORK. Upon consideration of the Report of the Special Master, the Exceptions of Plaintiff-Intervenor States of Alabama et al., and the Reply of Delaware, it is ordered that Delaware's complaint against New York is dismissed, that the renewed motion of Delaware to dismiss the complaint without prejudice is denied, and that the motion of New York to amend its answer in order to assert certain counterclaims is denied without prejudice. The Court takes no action at this time on the recommendation of the Special Master for determining the location of noncorporate debtors. This cause shall now be known as *State of Texas et al., Plaintiffs-Intervenors v. State of New York.* [For earlier order herein, see, e. g., 511 U. S. 1028.]